It is People's State of Illinois v. Gerald Hock. We have the appellant waiving oral argument. We have Mr. Tim Ting for the appellate. You may proceed, Mr. Ting. Excuse me? Yes, he does. Thank you, sir. Your Honors, my name is Tim Ting. I represent People's State of Illinois. With People v. Gerald Hock, most of the arguments are well settled in the brief and the general principles of the Rules of Law. I just want to point or emphasize one particular area to this Court. The defendant, in his own words in this particular case, said on page 15 of the record, I have always had a good attorney, and I have always gotten good deals, and I have been real lucky. I have never faced the thought, even faced the thought of going to prison. Your Honors, his criminal history is outrageous. He has had a battery on two occasions, burglary, assault, criminal trespass, retail theft, criminal damage to property, resisting or obstructing justice on four occasions, deceptive practice by writing fraudulent checks on five occasions, knowingly damaging property greater than $300 on one occasion, driving under the influence on five occasions, endangering the welfare of a child on two occasions, and driving with a suspended or revoked license on six occasions. Surely, the trial court's imposition of a three-year and a two-year consecutive sentence for driving with a revoked license and obstructing justice is certainly justified. And I would say he needs this case. Does this Court have any questions? No. Thank you, Mr. Dean.